# FRANK M. GRAZIADEI, P.C.

### ATTORNEY AT LAW

217 Main Street
Lincoln Park, N.J. 07035
(732) 241-1572

130 WATER STREET
NEW YORK, NEW YORK 10005
(212) 785-0885

Member of N.Y.,
N.J. & Calif. Bars

February 25, 2026

***Via ECF***
Hon. Jennifer L. Rochon, USDJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street, Room 1920
New York, New York 10007

**Re:    Maximiliano Mendez v. Trans-Luxe Corporation
d/b/a Trans-Luxe, Trans-Luxe Sales LLC d/b/a
Trans-Luxe and Sandra Santos (Case 25-cv-07507)**

Dear Judge Rochon,

My firm represents the Defendants with respect to the above-referred matter. We respectfully request an adjournment of the initial pre-trial conference scheduled in this matter, pursuant to your Honor's rules, as follows:

(1)  the original due date – March 19, 2026;

(2)  the number of previous requests for adjournment or extension of time – this is the first (1st) request;

(3)  the reason for the current request – I am currently scheduled to be in Columbia at a wedding;

**Hon. Jennifer L. Rochon, USDJ**                                              Page ‖ 2.
**February 25, 2026**

(4)   whether the adversary consents and, if not, the reason given by the adversary for refusing to consent – Plaintiff's attorney, Michael Samuel has consented to the extension; and

(5)  proposed alternative dates – April 15th or 16th.

We thank the Court in advance for its consideration in this matter.

Respectfully,

FRANK M. GRAZIADEI

FMG/mv

cc:    Michael Samuel, Esq. *(Via ECF)*

February 26, 2026

**SO ORDERED:**

_____
Hon. Jennifer L. Rochon, U.S.D.J.

Request GRANTED.  The parties' Initial Pretrial Conference shall be adjourned from March 19, 2026 to **April 16, 2026, at 3:30 p.m.**  The parties are reminded that pursuant to the Court's Individual Rule 2.D, they are required to file a proposed Civil Case Management Plan and Scheduling Order and a joint letter at least ten days before the conference date.