UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMILIANO MENDEZ,

                    Plaintiff,

        -against-

TRANS-LUXE CORPORATION d/b/a
TRANS-LUXE, TRANS-LUXE SALES LLC
d/b/a/ TRANS-LUXE, and SANDRA
SANTOS,

                    Defendants.

Case No. 1:25-cv-07507 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' proposed Civil Case Management Plan and

Scheduling Order ("Proposed CMP"), wherein the parties indicate that they consent to

conducting all further proceedings before a United States Magistrate Judge. Dkt. 17 at 1. As

noted in the Proposed CMP, in so consenting, the parties were required to "submit to the Court a

fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available

at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf," "within three days of

submitting th[e] [Proposed CMP]." *Id.* (emphasis omitted). Given that the parties filed the

Proposed CMP on April 6, 2026, their deadline to submit the Notice, Consent, and Reference of

a Civil Action to a Magistrate Judge was April 9, 2026. That deadline has passed.

Accordingly, the parties are ORDERED to submit the Notice, Consent, and Reference of

a Civil Action to a Magistrate Judge forthwith, and no later than **April 14, 2026**. Further, given

the Court's understanding that the parties wish that this case proceed before a Magistrate Judge

for all purposes, the Initial Pretrial Conference scheduled for April 16, 2026 before this Court is

hereby CANCELLED.

Dated:  April 10, 2026
         New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge