**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MAXIMILIANO MENDEZ,

                         Plaintiff,                  **25-CV-07507 (VF)**

            -against-                   **ORDER RESCHEDULING**
                                              **CONFERENCE**

TRANS-LUXE CORPORATION et al.,

                        Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

       The case management conference is hereby rescheduled for **Wednesday, June 17, 2026 at 1:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [392 087 741#].**

     **SO ORDERED.**

DATED:    New York, New York
            May 15, 2026

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge