**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MAXIMILIANO MENDEZ,

Plaintiff,

-against-

TRANS-LUXE CORPORATION et al.,

Defendants.
---------------------------------------------------------------X

**25-CV-07507 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to file a joint letter with the Court by **Friday, October 16, 2026** advising the Court of the status of settlement discussions and whether a settlement conference should be scheduled to replace the conference adjourned from October 14, 2026.

**SO ORDERED.**

DATED: New York, New York
October 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge